**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

RONALD HAYWARD,
              *Petitioner-Appellant,*

v.

JOHN MARSHALL, California Men's
Colony East,
              *Respondent-Appellee.*

No. 06-55392

D.C. No.
CV-05-07239-
GAF(CT)

ORDER

Filed May 16, 2008

---

## ORDER

KOZINSKI, Chief Judge:

   Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON REUTERS/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2008 Thomson Reuters/West.